**Electronically Filed
Supreme Court
SCWC-15-0000691
04-APR-2017
12:16 PM**

SCWC-15-0000691

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KEVIN NAKAYAMA, aka Jason Tanaka,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000691; CR. NO. 13-1-0381)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Kevin Nakayama's

application for writ of certiorari filed on February 21, 2017, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 4, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

